DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
IVAN DEL RIO-ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>          Plaintiff,       )<br>                           )<br>     v.                    )<br>                           )<br>IVAN DEL RIO-ALVAREZ,      )<br>                           )<br>          Defendant.       )<br>                           )<br>_____)  | Cr.S. 10-127-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: June 18, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, IVAN DEL RIO-ALVAREZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the change of plea/sentencing hearing set for Friday, May 21, 2010, be continued to June 18, 2010, at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

   It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the change of plea/sentencing hearing, June 18, 2010, shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 18, 2010         Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
IVAN DEL RIO-ALVAREZ

DATED: May 18, 2010         BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 18, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  May 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2